# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LEWIS P. WILLIAMS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1749

[May 18, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard Bober, Judge; L.T. Case No. 97-15927CF10A.

Mark H. Klein of MHK Legal, PLLC, Coral Springs, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Luke R. Napodano, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., LEVINE and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***